

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

February 24, 2020

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re: <u>United States v. Melesio Juarez-Garcia</u>, 10-CR-1130

Dear Judge Davison:

    Defendant Melesio Juarez-Garcia has been arrested in another district, and will be brought before the U.S. District Court for the District of Arizona this afternoon for his initial appearance on the above-referenced Indictment, which charges him with illegal re-entry in violation of Title 8, United States Code, Section 1326. Accordingly, the Government respectfully requests that Your Honor sign an order unsealing the Indictment and arrest warrant.

    Thank you for your consideration.

                                              Respectfully submitted,

                                              GEOFFREY S. BERMAN
                                              United States Attorney

                          By: _____
                                              Jeffrey C. Coffman
                                              Assistant United States Attorney
                                              (914) 993-1940

SO ORDERED:

_____
HON. PAUL E. DAVISON
United States Magistrate Judge
Southern District of New York

2/24/20