```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
        United States of America,

                    -against-

        Melesio Juarez-Garcia,
                        Defendant(s).
--------------------------------------------------------X
```

**ORDER**

7:10-CR-01130 (CS)

Seibel, J.

The Court hereby directs Metropolitan Correctional Center to have Defendant Melesio Juarez-Garcia (BOP Register # 32317-508) made available to appear via telephone for a Change of Plea hearing and Sentencing being held before the Court on **Friday, April 17, 2020 at 10:30 a.m.** The call-in number is **(877) 336 – 1839**, and the access code is **1047966#**.

       **SO ORDERED.**

Dated: April 14, 2020
       White Plains, New York

*Cathy Seibel*

_____
Cathy Seibel, U.S.D.J.